IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **JUGRAJ BAJWA,** | Case No. 1:26-cv-242 |
| Petitioner, | |
| vs. | Judge Susan J. Dlott |
| **Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement,** *et al.*, | Magistrate Judge Peter B. Silvain, Jr. |
| Respondents. | |

## ORDER

Petitioner, Jugraj Bajwa, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Jugraj Bajwa from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to John J. Stark

---

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov; and (2) promptly note proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

March 10, 2026

*Susan J. Dlott*
SUSAN J. DLOTT
United States District Judge